JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| RICHARD K. JOHNSON,<br><br>             Plaintiff,<br><br>      vs.<br><br>OFFICER HOTCHKISS, An Individual, et al.,<br><br>             Defendants. | CASE NO. ED CV 16-372-R<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Good cause appearing therefor

**IT IS ORDERED** that pursuant to the stipulation of the parties, this matter is dismissed without prejudice with the parties to bear their own costs and attorney fees, and subject to such other terms as the parties have agreed upon.

Dated: October 11, 2016

_____
Hon. Manuel L. Real
United States District Judge